# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH W. DUPAS, JR.,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about September 14, 2021, in the Southern District of Ohio, the defendant, **JOSEPH W. DUPAS, JR.**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus manufactured, model PT111 Millennium G2, 9mm, semi-automatic pistol, bearing serial number TKP20991, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **JOSEPH W. DUPAS, JR.**, shall forfeit to the United States in accordance with 18

U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition, involved in or used in such offense including, but not limited to:

- One Taurus model PT111 Millennium G2, 9mm, semi-automatic pistol, bearing serial number TKP20991; and
- Approximately 11 rounds of 9mm ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

*s/ Foreperson*
**GRAND JURY FOREPERSON**

KENNETH L. PARKER
UNITED STATES ATTORNEY

JOSEPH M. GIBSON (0084587)
Special Assistant United States Attorney

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney